Kurt O. Krauss, Trading as Universal Label Company, Appellant, v. Mutual Merchandise Company and E. M. Stevens, Appellees.

Gen. No. 44,389.

opinion filed January 26, 1949; released for publication February 15, 1949. Walter S. Kurek and Edward Stasukaitis, for appellant; Frank DeBartolo and Hebert M. Wetzel, of counsel; no appearance for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

Charles F. Henry, Appellant, v. Leta Earnest, Appellee.

Gen. No. 44,416.

opinion filed January 26, 1949; released for publication February 15, 1949. John P. Klein, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.